## SHAWN NEWSOME *v.* COMMISSIONER OF CORRECTION

The petitioner Shawn Newsome's petition for certification for appeal from the Appellate Court, 109 Conn. App. 159 (AC 28943), is denied.

*Raymond J. Rigat*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided September 10, 2008

## DEUTSCHE BANK NATIONAL TRUST COMPANY, TRUSTEE *v.* CHRISTOPHER TODD ANGLE

The defendant's petition for certification for appeal from the Appellate Court (AC 29660) is denied.

*Ridgely Whitmore Brown*, in support of the petition.

*David F. Borrino*, in opposition.

Decided September 10, 2008

## MICHAEL CHRISTIANI ET AL. *v.* BENEFITPOINT, INC., ET AL.

The petition by the defendant Lorraine Ritch for certification for appeal from the Appellate Court (AC 29747) is denied.

ROGERS, C. J., did not participate in the consideration of or decision on this petition.

*David M. Bizar*, *Charles D. Ray* and *Matthew A. Weiner*, in support of the petition.

*Stephen E. Pliakas*, in opposition.

Decided September 10, 2008